### HENRY ARCHER v. THE STATE.

No. 2996. Decided February 4, 1914.

**Failing to Work on Public Road—Statement of Facts.**

Where the record did not contain an order authorizing the filing of a statement of facts in the County Court after adjournment, the same can not be considered on appeal.

Appeal from the County Court of Hood. Tried below before the Hon. W. L. Dean.

Appeal from a conviction of failing and refusing to work on public road; penalty, a fine of $5.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted for failing and refusing to work on the public road. He was tried before the court, a jury having been waived by the defendant.

County Court adjourned on 31st day of December, 1913, and the statement of facts was filed in January after adjournment. The record does not contain an order authorizing the filing of a statement of facts

after adjournment of the term of court, therefore it can not be considered under the decisions of this court. Without the statement of facts the matters presented in the motion for a new trial can not be considered.

The judgment is affirmed.

*Affirmed.*